UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RONALD P. GILLIS,

       Plaintiff,

v.                                                    Case No: 2:14-cv-418-FtM-38CM

DEUTSCHE BANK TRUST
COMPANY AMERICAS, ERIN MAE
ROSE QUINN and ANDREW LEE
FIVECOAT,

       Defendants.
_____/

## **ORDER**[1]

This matter comes before the Court on United States Magistrate Judge Carol Mirando's Report and Recommendation (Doc. #114) filed on January 26, 2016. Judge Mirando recommends denying Defendants Erin Mae Rose Quinn and Andrew Lee Fivecoat's Motion for Attorneys' Fees (Doc. #99); Defendant Deutsche Bank Trust Company Americas' Motion for Attorneys' Fees (Doc. #100); and Plaintiff Ronald P. Gillis' Motion for Injunction (Doc. #103). The parties do not object to the Report and Recommendation, and the time to do so has expired. This matter is ripe for review.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. *See* 28 U.S.C. § 636(b)(1); *see also Williams v. Wainwright,*

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations, 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See *Cooper-Houston v. Southern Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

After conducting an independent examination of the file and upon consideration of Judge Mirando's findings and recommendations, the Court accepts the Report and Recommendation (Doc. #114).

Accordingly, it is now **ORDERED:**

(1) The Report and Recommendation (Doc. #114) is **ACCEPTED AND ADOPTED** and the findings incorporated herein.

(2) Defendants Erin Mae Rose Quinn and Andrew Lee Fivecoat's Motion for Attorneys' Fees (Doc. #99) is **DENIED**.

(3) Defendant Deutsche Bank Trust Company Americas' Motion for Attorneys' Fees (Doc. #100) is **DENIED**.

(4) Plaintiff Ronald P. Gillis' Motion for Injunction (Doc. #103) is **DENIED**.

(5) The Clerk of Court is **DIRECTED** to enter judgment, terminate any pending motions and deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 10th day of February, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record